IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

vs.                                                    **CRIMINAL  NO. 2:16-cr-2 KS MTP**

**COLEMAN VIRGIL SLADE**                                          **DEFENDANT**

## NOTICE OF INTENT TO CHANGE PLEA TO GUILTY

COMES NOW the Defendant, COLEMAN VIRGIL SLADE, by and through counsel of record, F. DOUGLAS MONTAGUE, III, and notifies the Court and the U. S. Attorney's office of Defendant's intent to change his plea to guilty on a portion of the charge brought against him by the government.

RESPECTFULLY SUBMITTED, this the 11th day of August, 2016.

                                                           Coleman Virgil Slade

                                                           *s/F. DOUGLAS MONTAGUE, III*
                                                           *Attorney for Defendant Coleman Virgil Slade*

F. Douglas Montague, III (MSB # 3408)
MONTAGUE, PITTMAN & VARNADO
Post Office Drawer 1975
Hattiesburg, MS 39403-1975
Telephone:     601-544-1234
Facsimile:      601-544-1276
E-mail: dmontague@mpvlaw.com

## CERTIFICATE OF SERVICE

I, F. Douglas Montague, III, do hereby certify that I have this day electronically filed the above and foregoing *Notice of Intent to Change Plea to Guilty* with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

This the 11th day of August, 2016.

                                                           *S/F. DOUGLAS MONTAGUE, III*