IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                                CRIMINAL NO. 2:16CR2KS-MTP

COLEMAN VIRGIL SLADE                         DEFENDANT

## **FINAL ORDER OF FORFEITURE**

Before the Court is the Government's motion for a final order of forfeiture. [Doc. #56]. Having reviewed the motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on October 12, 2016, this Court entered an Agreed Preliminary Order of Forfeiture [Doc. No. 47], ordering defendant, Coleman Virgil Slade, to forfeit (1) One 2007 Private Trailer, Tag No. PTLRL1094P, VIN: PTLRL1094P4856; and (2) One 2004 Ford F1S Pickup, License No. LL6532, VIN: 1FTPW145X4KB78145 (the Subject Property), and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant, Coleman Virgil Slade, had an interest in the property that is subject to forfeiture pursuant to 16 U.S.C. § 3374;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that (1) One 2007 Private Trailer, Tag No. PTLRL1094P, VIN: PTLRL1094P4856; and (2) One 2004 Ford

F1S Pickup, License No. LL6532, VIN: 1FTPW145X4KB78145 are hereby forfeited to the United States of America pursuant to 16 U.S.C. § 3374 as follows:

    a. **The defendant shall forfeit to the United States Fish and Wildlife Service, Office of Law Enforcement:**

    **(1) One 2007 Private Trailer, Tag No. PTLRL1094P, VIN: PTLRL1094P4856;**

    and

    **(2) One 2004 Ford F1S Pickup, License No. LL6532, VIN: 1FTPW145X4KB78145**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED AND ADJUDGED this the __23rd__ day of January, 2017.

                                                      s/Keith Starrett
                                                 UNITED STATES DISTRICT COURT JUDGE